# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 2, 2026

### NO. 03-25-00600-CV

**Robert Milton Davis, Appellant**

**v.**

**Rebecca Hamilton Davis, Appellee**

**APPEAL FROM THE 33RD DISTRICT COURT OF BLANCO COUNTY**
**BEFORE JUSTICES TRIANA, KELLY, AND ELLIS**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE ELLIS**

This is an appeal from the judgment signed by the trial court on May 9, 2025. Having reviewed the record, the Court holds that appellant has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.